The Hon. Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR24-0081-KKE-2 |
| Plaintiff, | |
| v. | |
| JOSE RODOLFO AGUILAR CORTES, | **FINAL ORDER OF FORFEITURE** |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture (the "Motion") for the following property (the "Subject Property"), which has already been forfeited by Defendant Jose Rodolfo Aguilar Cortes:

- $563 in U.S. currency, seized on or about May 14, 2024, from Defendant's residence, located at 31500 1st Ave S, Apt. 16-302, Federal Way, Washington.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On April 28, 2025, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 21 U.S.C. § 853 and forfeiting to the United States the Defendant's interest in it (*see* Dkt. No. 56);

- The United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (*see* Dkt. No. 59), and attempted to provide direct notice, by means reasonably calculated to reach them, to any potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) and Supplemental Rule G(4)(b)(iii)-(v) of the Supplemental Rules for Certain Admiralty and Maritime Claims (*see* Declaration of AUSA Karyn S. Johnson in Support of Motion for a Final Order of Forfeiture, ¶¶ 2-3, Exhibit A); and

- The time period for filing third-party clams has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States.

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and

///

///

///

3.    The United States Department of Justice, the Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the Subject Property as permitted by governing law.

IT IS SO ORDERED.


DATED this 15th day of December, 2025.


_____
Kymberly K. Evanson
United States District Judge